1

2
Steve W. Berman
Barbara A. Mahoney
HAGENS BERMAN SOBOL SHAPIRO, LLP
1918 Eighth Ave Suite 3300
Seattle, WA  98101
206-623-7292
206-623-0594
steve@hbsslaw.com
barbaram@hbsslaw.com

3

4

5

6

7    *Attorneys for Plaintiff and the Proposed Class*

8

9          UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF WASHINGTON
10

11   BARBARA ANDERSON, on behalf of       No.  CV-13-420-TOR
     herself and all others similarly situated,
12                                          CLASS ACTION COMPLAINT

13                              Plaintiff,

14        v.

15

16   TECK METALS, LTD., a Canadian
     corporation and TECK RESOURCES,
17   LTD., a Canadian corporation,

18                              Defendants.

19

20

21

22

23

24

25

26

27

28

CLASS ACTION COMPLAINT

# TABLE OF CONTENTS

**Page**

I.      INTRODUCTION ........................................................... 1

II.     JURISDICTION AND VENUE ................................... 1

III.    PARTIES ........................................................................ 2

IV.     STATEMENT OF FACT ............................................. 2

        A.      Teck has a Long History of Dumping Toxins into the Upper Columbia Region ................................................... 2

        B.      Teck has Repeatedly Leaked Toxins in the Upper Columbia River Region ............................................. 9

        C.      The EPA Upper Columbia Region is Designated a Superfund Cleanup Site ............................................. 11

        D.      Northport Residents Report a Disproportionate Occurence of Diseases. ............................................. 18

        E.      The Chemicals Teck's Trail Smelter Emitted are Known to Cause Disease. ............................................. 20

V.      CLASS ACTION ALLEGATIONS .............................. 23

VI.     CLAIMS FOR RELIEF .............................................. 25

        A.      First Cause of Action: Strict liability/ abnormally dangerous activity ............................................. 25

        B.      Second Cause of Action: Public nuisance ............. 25

        C.      Third Cause of Action: Negligence ........................ 26

VII.    PRAYER FOR RELIEF ............................................... 26

CLASS ACTION COMPLAINT - i -
010353-11  659390 V1

1

## I.    INTRODUCTION

2     1.     It is a fundamental principle of law that if you engage in a dangerous

3    activity, you have to pay the consequences of any injuries you cause.  Plaintiff

4    Barbara Anderson who was diagnosed with breast cancer and diverticulitis, brings

5    this personal injury lawsuit for strict liability, nuisance, and negligence against

6    defendants on behalf of herself and as a representative of a proposed class of

7    similarly situated individuals.  Plaintiff and the proposed class seek a declaratory

8    judgment that the release of toxic and hazardous substances by Teck Metals, Ltd.

9    and Teck Resources, Ltd. through the operation of the Trail Smelter is a public

10   nuisance and an abnormally dangerous activity for which Teck should be held

11   strictly liable for all personal injuries.

12     2.     Plaintiff also seeks a partial class action to resolve common issues

13   concerning strict liability, negligence, and nuisance claims brought by her and the

14   proposed class.

## II.    JURISDICTION AND VENUE

16     3.     Subject matter jurisdiction is proper under the Court's diversity

17   jurisdiction, 28 U.S.C. § 1332(a)(2), because the matter in controversy exceeds

18   $75,000 and there is complete diversity of citizenship between the parties.

19   Defendants are Canadian corporations, plaintiff is a resident of the State of

20   Washington, and the proposed class does not include any Canadian citizens.

21   Subject matter jurisdiction is also proper under 28 U.S.C. § 1331 because plaintiff

22   asserts a nuisance claim under federal common law.

23     4.     The Court's exercise of specific jurisdiction over defendants is

24   appropriate under the facts of this case.  As set forth below, defendants have

25   intentionally released millions of tons of toxins and hazardous chemicals into the

26   atmosphere and into the Columbia River, knowing that they have contaminated the

27   Upper Columbia River region and knowing or having reason to know that these

28

CLASS ACTION COMPLAINT - 1
010353-11  659390 V1

substances have caused bodily injury to plaintiff and members of the proposed class.

5.    Venue is proper under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

### III.    PARTIES

6.    Barbara Anderson is a resident of Northport, Washington, where she has lived with her family since 1975.   Ms. Anderson was diagnosed with breast cancer in 2012 and inflammatory bowel disease (diverticulitis) in 2010.

7.    Teck Resources, Ltd. is a Canadian corporation, headquartered in Vancouver, British Columbia, Canada.

8.    Teck Metals, Ltd. is a Canadian corporation, headquartered in Trail, BC.  Teck Metals, Ltd. is registered as an extra provincial company under the laws of British Columbia and is a wholly owned subsidiary of Teck Resources, Ltd. (collectively "Teck").  Since 1896, Teck and its predecessors have owned and operated the metal and fertilizer production facilities located in Trail, B.C., Canada, collectively referred to herein as the "Trail Smelter."

### IV.    STATEMENT OF FACT

**A.    Teck has a Long History of Dumping Toxins into the Upper Columbia Region**

9.    EPA is studying hazardous waste contamination in the Upper Columbia River from the U.S.-Canadian border to the Grand Coulee Dam and surrounding upland areas.[1]  A smelter in Trail, BC, about 10 miles north of the U.S.-Canadian border, is believed to be the principal source of the contamination.[2]

---

[1] EPA, Upper Columbia River Investigation Frequently Asked Questions (Apr. 2005), *available at* www.epa.gov/region10/pdf/sites/ucr/fact_sheets/ucr_faq.pdf.

[2] *Id.*

CLASS ACTION COMPLAINT - 2

The Trail Smelter is a metal and fertilizer production facility on the Columbia River, which Teck and its predecessors have owned and operated since 1896.[3] Northport, Washington, also on the Columbia River, lies approximately 20 miles downstream from the smelter.  The air pollution from Trail that travels south remains trapped in the Columbia River Valley, where Northport is located.[4]

10.    Since the early 20th century, people in Northport and the Upper Columbia River waste contamination site have borne the brunt of the toxic discharges and emissions from the Trail Smelter.  The first serious impacts to be mapped were the airborne emissions of sulfur dioxide.  In 1925, Teck's discharge of sulfur dioxide increased from 4,700 to 10,000 pounds per month.[5]

11.    The following USDA map illustrates the impact of Teck's sulfur dioxide emissions on forests in Stevens County in 1931[6]:

---

[3] *Pakootas  v. Teck Cominco Metals, Ltd.*, No. 04-CV-00256-LRS (E.D. Wash.), Findings of Fact and Conclusions of Law (Dkt. No. 1955).  ¶ 3.

[4] EPA, Human Health Risk Assessment Work Plan for the Upper Columbia River Site, March 2009 at 35.

[5] *Through the years: The Trail, B.C., smelter*, The Spokesman (June 21, 2009) *available at* http://www.spokesman.com/stories/2009/jun/21/through-the-years/.

[6] "Areas of injury to the forests in northern Stevens County, Washington, due to the effects of sulphur dioxide in the air," Whitney J. Fraser, *et al*., Seatac Poster slide, www.eiltd.net/docs/SEATAC_Poster.pdf ("Seatac slide").  Authors cite USDA, 1936 (source: US National Archives, digitized by Environment International Ltd).

CLASS ACTION COMPLAINT - 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



1    12.    Northport farmers complained to Washington and Ottawa that the air
2  pollution was damaging their crops and sickening animals.  The damage to the
3  farmlands in the Northport area was so severe that the U.S. and Canadian
4  governments formed an international tribunal to resolve the conflict between the
5  Canadian-owned Trail smelter and Northport area residents.  In 1941 the tribunal
6  awarded damages to the Northport area farmers and ordered Canadian authorities
7  to monitor Teck's emissions.

8    13.    Despite changes in its technology, Teck continues to emit substantial
9  quantities of sulfur dioxide.  Canadian authorities report that between 2002 and
10  2012 the Trail Smelter emitted approximately 50,000 metric tons (tonnes) of sulfur
11  dioxide.[7]

12    14.    Between 1921 and 2005, it is estimated that Teck also emitted 38,465
13  tons of zinc, 22,688 tons of lead, 1,225 tons of arsenic, 1,103 tons of cadmium, and
14  136 tons of mercury into the air.[8]  Using the EPA's Community Multiscale Air
15  Quality model to simulate the movement of gaseous and particulate species in the
16  atmosphere, one study has depicted the cumulative spread of lead from the Trail
17  Smelter from 1921 to 2005 as follows:[9]

18
19
20

---

21    [7] Environment Canada, Historical Substance Reports for Teck Metals Ltd. -
22  Trail Operations, *available at* http://www.ec.gc.ca/inrp-npri/donnees-
23  data/index.cfm?do=facility_history&lang=En&opt_npri_id=0000003802&opt_rep
24  ort_year=2012.

25    [8] *Pakootas,* Written Direct and Rebuttal Test. of Paul Queneau, (Dkt No. 1661-
26  2).  ¶ 121, Table 4.

27    [9] Seatac slide (authors cite ICF Report #11-018 as source).

28

CLASS ACTION COMPLAINT - 5



15.    Metals deposited from smelter air emissions may also find their way into the soils, sediments, and fish of the Upper Columbia River Basin.[10]  Studies indicate that several nearby lakes, previously thought to be minimally impacted by local human activities, are also contaminated by heavy metals.[11]  Elevated concentrations of antimony, arsenic, cadmium, lead, mercury, and zinc were found in lake sediments along the Upper Columbia River.[12]  Antimony, lead, and cadmium substantially exceeded sediment quality guidelines in several of these lakes, which fall within the zone of influence of the Trail smelter.[13]

---

[10] SeaTac slide.

[11] *Id.*

[12] *Id.*

[13] *Id.*

CLASS ACTION COMPLAINT - 6

16.     Teck's discharges of toxins into the Columbia River have also affected the Northport and Upper Columbia River region.  The Trail Smelter produces slag as a by-product of high-temperature recovery of metals.[14]  Teck's slag consists primarily of silica, lime and iron, as well as base metals, including zinc, lead, copper, arsenic, cadmium, barium, antimony, chromium, cobalt, manganese, nickel, selenium and titanium.[15]

17.     According to the EPA, people are at risk from slag exposure when they breathe in the fine particles, get it on their skin or eat it.  The slag is also an ecological hazard, killing aquatic life and filling in cracks in the riverbed, reducing habitat for small aquatic organisms.[16]

18.     Between 1930 and 1995, Teck discharged at least 9.97 million tons of slag directly into the Columbia River via outfalls at its Trail smelter.[17]  This discharge was intentional and made with knowledge that the waste slag contained metals.[18]  At least 8.7 million of the at least 9.97 million tons of slag discharged by Teck from its Trail Smelter has been transported by the Columbia River.[19]  The slag included 389,150 tons of zinc.[20]  Although Teck's slag discharges were

---

[14] *Pakootas*, Findings of Fact and Conclusions of Law.  ¶ 4.

[15] *Id.*

[16] Karen Dorn Steele, *EPA Goes After Canada Smelter; Teck Cominco Asked to Pay, or Face Superfund*, Spokesman Review, Oct. 5, 2003, *available at* http://www.spokesmanreview.com/news-story.asp?date=100503&id=s1420547.

[17] *Pakootas*, Findings of Fact and Conclusions of Law.  ¶ 5.

[18] *Id.*

[19] *Id.*, ¶ 6.

[20] *Pakootas,* Written Direct and Rebuttal Test. of Paul Queneau. ¶ 12, Table 1.

CLASS ACTION COMPLAINT - 7

supposed to have ended in 1996, there have been a few additional releases during plant breakdowns.  For example, on April 7, 1998, 3.4 tons were released.[21]

19.    Teck has also intentionally discharged non-slag discharges (effluent) into the Columbia River.[22]  The following is a photograph of effluent from Teck's lead and Zinc smelter in Trail, BC in 1988.[23]



20.    From 1923-2005 Teck's effluent contained approximately 132,000 tons of hazardous substances, including 108,000 tons of zinc, 22,000 tons of lead,

---

[21] Karen Dorn Steele, *Smelter Dumped Tons of Mercury Records Show Scope of River Pollution*, Spokesman Review, June 20, 2004.  ("Steele 2003").

[22] *Pakootas*, Findings of Fact and Conclusions of Law.  ¶ 8.

[23] *Teck Smelter's Downstream US Neighbours May Sue Over Pollution, Illness*, Common Sense Canadian, Nov. 25, 2013, *available at* http://commonsensecanadian.ca/REPORTED_ELSEWHERE-detail/teck-smelters-downstream-us-neighbours-may-sue-pollution-illness/.

CLASS ACTION COMPLAINT - 8

200 tons of mercury, 1,700 tons of cadmium, and 270 tons of arsenic.[24]  Teck knew that its discarded effluent contained at least lead, zinc, cadmium, arsenic, copper, and mercury.[25]  Nearly all of the effluent has been transported by the Columbia River downstream of the international border into Washington.[26]

## B.   Teck has Repeatedly Leaked Toxins in the Upper Columbia River Region

21.   Teck also leaks and spills toxins at the Trail Smelter.  A major spill occurred from March 19 to March 22, 1980, when the smelter released approximately 6,300 pounds of mercury into the Columbia River while flushing sediments from a condensing tower.[27]  Teck did not report the spill to authorities for five weeks.[28]  Teck also accidentally released approximately 15 tons of sulfuric acid into the air on March 19, 1980, producing a "visible plume."[29]

22.   These are not isolated incidents.  Between September 1987 and May 2001 Teck reported 86 spills, including 1,923 pounds of mercury.[30]  An April 1990 spill of 300 to 400 gallons of concentrated sulfuric acid into the river was not

---

[24] *Pakootas*, Findings of Fact and Conclusions of Law.  ¶ 8.

[25] *Id.*

[26] *Id.*, ¶ 9.

[27] Karen Dorn Steele, *Smelter Dumped Tons of Mercury Records Show Scope of River Pollution*, Spokesman Review, June 20, 2004.  ("Steele 2003").

[28] *Id.*

[29] *Id.*

[30] *Id.*; *see also* Upper Columbia River Expanded Site Inspection Report Northeast Washington TDD: 01-02-0028 Mar. 2003, Table 2-2 (listing all reported spills between 1987 and 2001).

CLASS ACTION COMPLAINT - 9

reported for 14 hours because the plant alarm failed. [31]  In 1992, the smelter spilled 855 pounds of sulfur dioxide and 187 pounds of mercury into the river. [32]  In 1993 Teck accidentally released sediments containing cadmium and arsenic. [33]  A spill of 1,000 gallons of sulfuric acid into the river in June 1995 was attributed to a "lack of attention" on the part of a worker, according to a provincial report. [34]

23.    The spills continued.  On May 28, 2008, the Trail Smelter accidentally released an estimated 100 gallons of hydrofluoric acid into the Columbia River. The acid contained about 2,100 pounds of lead.[35]

24.    Similarly, on September 13, 2010, Environment Canada was notified that contaminated groundwater from the Teck Metals Ltd. facility was leaking into Stoney Creek, which flows directly into the Columbia River. [36]   On October 7,

---

[31] *Id.*

[32] *Id.*

[33] *Id.*

[34] *Id.*

[35] Teck Cominco Smelter Spills Lead and Acid Into Columbia River, SteelGuru, May 31, 2008, *available at* http://www.steelguru.com/international_news/Teck_Cominco_smelter_spills_lead _and_acid_into_Columbia_River/47998.html.

[36] Environment Canada News Release (Trail, B.C. – May 13, 2011), *Teck Metals Ltd. Agrees to Pay $100,000 to Environmental Damages Fund for Recent Chemical Spills*, http://www.ec.gc.ca/default.asp?lang=En&n=714D9AAE- 1&news=C41D7D44-F77E-418F-B017-30400C1C306C.

CLASS ACTION COMPLAINT - 10

2010, Environment Canada was notified of a 33 pound mercury spill into the Columbia River from one of the outfalls from the Teck Metals Ltd. facility. [37]

25.     On March 5, 2011, Teck discharged approximately 350,000 liters of highly caustic effluent into the Columbia River through an effluent system at Teck Metals in Trail, BC.[38]  The toxic release occurred following the disposal of a 50% sodium hydroxide solution into the plant's effluent stream.[39]  The unlawful discharge was not reported to Environment Canada and the Provincial Emergency Program until several days after the incident.[40]

**C.     The EPA Upper Columbia Region is Designated a Superfund Cleanup Site**

26.     In August 1999, the Colville Confederated Tribes petitioned the EPA to conduct an assessment of hazardous substance contamination at the Upper Columbia River.  The Tribes expressed concerns about risks to people's health and the environment from contamination in the river. [41]  The EPA completed its

---

[37] *Id.*; *In Brief: Smelter Spills Mercury Into River*, Spokesman Review, Nov. 20, 2010, *available at* http://www.spokesman.com/stories/2010/nov/20/in-brief-smelter-spills-mercury-into-river/.

[38] Environment Canada News Release (Trail, B.C. – Nov. 6, 2013), *Teck Metals Ltd. Sentenced to Pay $210,000 for Discharging Sodium Hydroxide Into the Columbia River BC*, *available at*

http://www.ec.gc.ca/default.asp?lang=En&n=714D9AAE-1&news=CCDC0D95-A3A9-4E82-AFC5-9AD2EE6B770D.

[39] *Id.*

[40] *Id.*

[41] EPA, *EPA to Investigate Upper Columbia River Pollution*, June 2004, *available at*

CLASS ACTION COMPLAINT - 11

preliminary assessment of the Upper Columbia River in December 2000 and collected samples in 2001 to learn more about the types and amounts of pollution in the sediments. The EPA concluded that further detailed investigation of contamination in the Upper Columbia River was warranted.[42] The EPA also recognized that Teck's Trail Smelter is the largest source of heavy metal contaminants in the region and that the Trail area has been designated a contaminated site by Environment Canada.[43]

27.    The Upper Columbia River study site extends downstream from the Canadian border to the Grand Coulee Dam in Washington State, a distance of about 150 river miles. The study includes not only the river and the reservoir but also adjacent lands that may have been adversely affected.[44]

28.    The EPA completed its investigation in 2003 and concluded that the Upper Columbia River site was eligible for inclusion on CERCLA's National Priorities List (a.k.a the "Superfund List").[45] Because it determined that Teck was the principal source of the contamination in the area, the EPA attempted to negotiate with Teck over the terms for investigating the region for over a year.[46]

---

http://yosemite.epa.gov/R10/CLEANUP.NSF/UCR/fact+sheets/$FILE/Upper%20Columbia%20fs%20fin%206-10-04.pdf.

[42] *Id.*

[43] *Upper Columbia River/Lake Roosevelt River Mile 597 to 745 Preliminary Assessment Report* , Washington TDD: 99-10-0002, Dec. 2000, *available at* http://www.colvilletribes.com/preliminary_assessment__december_2000.php.

[44] Upper Columbia River Project, Overview, *available at* http://ucr-rifs.com/project-overview/.

[45] *Pakootas v. Teck Cominco Metals, Ltd.*, 646 F.3d 1214, 1216 (9th Cir. 2011).

[46] *Id.*

After negotiations failed, EPA issued an unilateral administrative order in December 2003 to require Teck to complete the study consistent with CERCLA. Teck did not comply with the order, and the EPA took no action to enforce it.[47]

29.    The U.S. Geological Survey released a report in 2004 from its study of sediment cores taken at six locations in middle and lower reaches of Lake Roosevelt.[48]  According to the report, decades of liquid effluent from the Trail Smelter contributed most of the zinc, lead, cadmium, and other trace elements detected in the sediment samples.[49]  The results also indicate that slag particles found in some sediments showed signs of weathering and breaking down, demonstrating that slag is not inert and may be an ongoing source of contamination in the lake.[50]  Contaminants of potential concern in the Upper Columbia River include heavy metals such as arsenic, cadmium, copper, lead, mercury, and zinc, which the Trail Smelter releases.[51]

30.    Individual tribe members, Joseph A. Pakootas and Donald R. Michel, brought a citizen suit against Teck to enforce the EPA's unilateral administrative order.[52]  While the litigation was pending, the EPA and Teck settled, effective June 2006.[53]  Under the terms of the agreement, Teck Cominco agreed to fund and

---

[47] *Pakootas,* 646 F.3d at 1216-17.

[48] EPA, Upper Columbia River Investigation Frequently Asked Questions (Apr. 2005).

[49] *Id.*

[50] *Id.*

[51] *Id.*

[52] *Pakootas*, 646 F.3d at 1217.

[53] *Id.*

conduct scientific studies, under the oversight of the EPA, with participation from the Canadian Government, the US Department of the Interior, the State of Washington, and the Spokane and Confederated Colville Tribes to assess human health and the environment in the Upper Columbia River Basin.[54]  As a result of the *Pakootas* lawsuit, Teck has been held responsible for all environmental assessment and clean-up costs.

31.    A 2012 study by Washington Department of Ecology confirms elevated levels of lead, antinomy, mercury, zinc, cadmium, arsenic, in surface soils, local lakes, and wetlands near U.S.-Canadian border along the Upper Columbia River Valley.[55] These findings are consistent with Teck emissions and discharges.  The contaminants are concentrated in the Northport area[56]:

---

[54] Teck Cominco Press release, June 2, 2006, *available at* http://www.teckchile.com/Generic.aspx?PAGE=Teck+Site%2fMedia+Pages%2fMedia+Detail&releaseNumber=06-21-TC&portalName=tc.

[55] Washington Department of Ecology, Publication No. 13-03-012, *Metals Concentrations in Sediments of Lakes and Wetlands in the Upper Columbia River Watershed: Lead, Zinc, Arsenic, Cadmium, Antimony, and Mercury*, May 2013, *available at* https://fortress.wa.gov/ecy/publications/SummaryPages/1303012.html.

[56] *Id.*, Figures 13-18 (reproduced here).

CLASS ACTION COMPLAINT - 14

















1

**D.      Northport Residents Report a Disproportionate Occurence of Diseases.**

2

32.      In 1995, the Agency for Toxic Substances and Disease Registry

3

(ATSDR) was petitioned to prepare a public health assessment to address reported

4

health concerns in Northport, Washington associated with the Trail Smelter.[57]

5

Residents complained of inflammatory bowel disease, thyroid disorders, sinus

6

irritation, eye irritation, chronic nosebleeds, respiratory problems, and cancer.[58]

7

Between 1995 and 1999, ATSDR reviewed the available environmental sampling

8

data.  The agency issued a report in 2004, in which it concluded that site posed an

9

indeterminate public health risk because it lacked data concerning the

10

contamination levels throughout the Northport area.[59]

11

33.      As part of the CERCLA environmental assessment the EPA is

12

responsible for conducting a human health risk assessment.  Washington

13

Department of Ecology has asked the EPA to assess the potential health risks in

14

residential and recreational areas near the U.S.-Canadian border.[60]  To date, no

15

studies have been conducted.

16

17

[57] ATSDR, Public Health Assessment for Northport Area Northport, Stevens

18

County, Washington, June 24, 2004 at 1, *available at*

19

20

http://www.ntis.gov/search/product.aspx?ABBR=PB2004105906.

21

[58] *Id.*

22

[59] *Id.*

23

24

[60] Washington Department of Ecology, Upper Columbia River Lake Roosevelt

25

Fact Sheet, *available at*

26

https://fortress.wa.gov/ecy/gsp/CleanupSiteDocuments.aspx?csid=12125 ; *see also*

27

Ecology webpage, *available at*

28

https://fortress.wa.gov/ecy/gsp/Sitepage.aspx?csid=12125.

CLASS ACTION COMPLAINT - 18

34.    In 2010 a former Northport resident, Jamie Paparich (who also blogs for the Northport Project) joined forces with a volunteer organization, Citizens for a Clean Columbia ("CCC") to conduct an informal health survey of current and former residents of the Northport area.[61]  The survey followed the Center for Disease Control's guidelines for conducting epidemiological studies and was assisted by CCC member, Mindy Smith, M.D.  A summary of the survey results was published in the CCC newsletter in January 2011 and on the Northport Project blog.  The survey indicated that Northport residents suffered from thyroid or endocrine disorders at six times the rate of the general population and also found elevated rates of arthritis, cancer, inflammatory bowel disease, brain aneurisms, and Parkinson's disease.[62]

35.    The results of the informal study caught the attention of a team of researchers led by Josh Korzenik, director of the Crohn's and Colitis Center at Brigham and Women's Hospital, one of Harvard Medical School's teaching hospitals.[63] One hundred-nineteen current and former Northport residents took part in a health survey designed by Dr. Josh Korzenik; 17 had confirmed cases of either ulcerative colitis or Crohn's disease.[64]  "That's about 10 to 15 times what we'd expect to see in a population the size of Northport," said Korzenik, "I'm not aware

---

[61] Citizens for a Clean Columbia Newsletter, Jan. 2011, *available at* cleancolumbia.org/documents/newsletter/01_2011.pdf.

[62] *Id.*

[63] Becky Kramer, Researcher seeking clues behind clusters of disease in tiny town, The Spokesman-Review, Aug. 12, 2012, *available at* http://www.spokesman.com/stories/2012/aug/12/illness-and-angst/.

[64] *Id.*

CLASS ACTION COMPLAINT - 19

of any other cluster like it." [65]  The cluster is also unusual, given Northport's rural settings; inflammatory bowel disease is more commonly found in urban areas.[66]

36.     Dr. Korzenik's team presented their data at a forum in San Diego in June 2013.  Publication of the results is anticipated soon.

**E.     The Chemicals Teck's Trail Smelter Emitted are Known to Cause Disease.**

37.     The Trail Smelter has released high volumes of toxins and hazardous substances that have made their way into the Northport and Upper Columbia region, including: aluminum, antimony, arsenic, cadmium,  copper, lead, manganese, mercury, silica, sulfur dioxide, thallium, and zinc.[67]

38.     These toxins may be a substantial cause of the elevated rates of thyroid and endocrine disorders, arthritis, cancer, inflammatory bowel disease, brain aneurisms, and Parkinson's disease in the Northport area.  Many of these toxins have been known to cause respiratory diseases, eye irritation and chronic nosebleeds, which also have been reported in the Northport area.

39.     As an example, mercury has been identified as a potential cause of inflammatory bowel disease.[68]  Teck emitted 136 tons of mercury into the air from

---

[65] *Id.*

[66] Ing Shian Soon, *et al.*, *The Relationship Between Urban Environment and the Inflammatory Bowel Diseases: A Systematic Review And Meta-Analysis*, BMC Gastroenterology. 2012; 12: 51.  Published online 2012 May 24.  doi: 10.1186/1471-230X-12-51

[67] *See* Environment Canada, Historical Substance Reports for Teck Metals Ltd. - Trail Operations; *Pakootas* Findings of Fact and Conclusions of Law.

[68] Curtis E. Cummings, Kenneth D. Rosenman, *Ulcerative Colitis Reactivation After Mercury Vapor Inhalation*, Journal: American Journal of Industrial Medicine, vol. 49, no. 6, pp. 499-502, 2006, *available at*

CLASS ACTION COMPLAINT - 20

1926-2005[69] and discharged at least 200 tons of Mercury into the Columbia River.[70]  Washington Department of Ecology found elevated levels of mercury in the Northport area.  Aluminum also has been associated with bowel disorders.[71] Teck emitted 6,864 metric tons (tonnes) of aluminum in the last ten years alone.[72]

40.    Cadmium, lead and silica are all believed to cause breast cancer.[73] Washington Department of Ecology has found elevated levels of cadmium and

---

http://onlinelibrary.wiley.com/doi/10.1002/ajim.20306/abstract;jsessionid=1D0A0 F3C7B8246F07199EE8359067F95.f02t03.

[69] Ing Shian Soon, *et al.*, *The Relationship Between Urban Environment and the Inflammatory Bowel Diseases: A Systematic Review And Meta-Analysis*, BMC Gastroenterology. 2012; 12: 51.  Published online 2012 May 24.  doi:  10.1186/1471-230X-12-51, *available at* www.biomedcentral.com/content/pdf/1471-230X-12-51.pdf.

[70] Environment Canada, Historical Substance Reports for Teck Metals Ltd. - Trail Operations.  Teck also spilled mercury into the Columbia River.

[71] Agency for Toxic Substances and Disease Registry (ATSDR). Toxicological profile for aluminum. Atlanta, GA. Sep. 2008, *available at* http://www.atsdr.cdc.gov/.

[72] Environment Canada, Historical Substance Reports for Teck Metals Ltd. - Trail Operations.  Teck also spilled mercury into the Columbia River.

[73] Nagata, C., *et al. Cadmium exposure and the risk of breast cancer in Japanese women*. Breast Cancer Res. Treat. 2013 Feb.; 138(1):235-9; Melissa Healy, *Cadmium in Diet is Linked to Higher Breast Cancer Risk*, Los Angeles Times, Mar. 15, 2012, *available at* http://articles.latimes.com/2012/mar/15/health/la-he-cadmium-breast-cancer-20120315; Alatise, O.I., *et al. Lead exposure: a contributing cause of the current*

CLASS ACTION COMPLAINT - 21

lead in the Northport area. Teck emitted 22,688 tons of lead into the atmosphere between 1921 and 2005.[74] Slag Teck dumped into the Columbia River contained 7,300 tons of lead.[75] Teck dumped an additional 22,000 tons of lead through non-slag effluent.[76] Teck emitted 1,103 tons of cadmium into the atmosphere between 1921 and 2005[77], and dumped 1,700 tons of cadmium into the Columbia River as effluent.[78] Teck's slag also contained an unknown amount of silica.[79]

41. Plaintiff Anderson has lived in Northport since 1975. She was recently diagnosed with diverticulitis and with breast cancer. Five of thirteen toxins released from the smelter in substantial volume are toxins associated with her diseases, and it is more probable than not that her exposure to these toxins caused her injuries.

---

*breast cancer epidemic in Nigerian women*. Biol Trace Elem Res. 2010 Aug.; 136(2):127-39 [lead]; Cantor, K.P.; *et al. Occupational exposures and female breast cancer mortality in the United States*. J Occup. Environ. Med. 1995 Mar.; 37(3):336-48 [lead]; Weiderpass, E.; *et al. Breast cancer and occupational exposures in women in Finland*. Am J Ind Med. 1999 Jul.; 36(1):48-53 [silica].

[74] *Pakootas,* Written Direct and Rebuttal Test. of Paul Queneau. ¶ 121, Table 4.

[75] *Pakootas*, Findings of Fact and Conclusions of Law. ¶ 5.

[76] *Id., ¶* 8.

[77] *Pakootas,* Written Direct and Rebuttal Test. of Paul Queneau. ¶ 121, Table 4.

[78] *Pakootas*, Findings of Fact and Conclusions of Law. ¶ 8.

[79] *Id., ¶* 4.

CLASS ACTION COMPLAINT - 22

42.    On information and belief, Teck's toxic releases have directly and proximately caused numerous other current and past residents of Northport and the surrounding area to be personally injured, including thyroid and endocrine disorders, arthritis, cancer, inflammatory bowel disease, brain aneurisms, Parkinson's disease, respiratory diseases, eye irritation, and chronic nosebleeds.

## V.    CLASS ACTION ALLEGATIONS

43.    Plaintiffs bring this class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, as representatives of the following class:

> All current or former residents of EPA's designated
> Upper Columbia River waste contamination study site,
> who have suffered a personal injury as a direct result of
> Teck's environmental contamination in this region.
> Excluded from the Class are all Canadian citizens.

44.    The Class consists of potentially 100 or more class members, including current residents of the Upper Columbia River Region of the State of Washington and former residents, who may be geographically dispersed throughout the United States.  Joinder of all class members is impracticable.  An effective and practicable manner of notice to such members of the Class can be fashioned by the Court.

45.    Plaintiff is a member of the Class and plaintiff's claims are typical of those of the Class because all members of the Class have suffered a personal injury as a result of Teck's wrongful conduct in violation of federal common law nuisance and Washington negligence and strict liability laws.  Plaintiff seeks a declaratory judgment that Teck's operation of the Trail Smelter is a public nuisance and an abnormally dangerous activity.  Plaintiff also seeks a partial certification to resolve common issues of class members' nuisance, strict liability and negligence claims.  Plaintiff's interests in the declaratory judgment and the resolution of the common issues are consistent with, and not antagonistic to, those of the members of the Class.

46.     Plaintiff, as a representative of all Class members, will fairly and adequately protect the interests of the Class.  Plaintiff has engaged counsel experienced and competent in class action and personal injury litigation, including litigation involving the mining industry.

47.     Class certification is appropriate under Federal Rule of Civil Procedure Rule 23(b)(2) because Teck has acted on grounds that generally apply to members of the proposed Class, so that the declaratory relief plaintiff seeks is appropriate respecting the Class as a whole.

48.     Class certification is also appropriate under Federal Rule of Civil Procedure Rule 23(c)(4) because plaintiff's claims raise the following issues common to the proposed Class:

a.      With respect to plaintiff's and Class members' nuisance claims, that Teck contaminated the Upper Columbia River region through toxic airborne emissions or discharges into the Columbia River and that its conduct has substantially and unreasonably interfered with the public's health;

b.      With respect to plaintiff's and Class members' negligence claims, that Teck owed a duty of care, what was the standard of care, and whether Teck breached its duty of care when it allowed toxins to threaten the health of residents of the Upper Columbia River region; and

c.      With respect to plaintiff's and Class members' strict liability claims, whether Teck's operation of the Trail Smelter is an abnormally dangerous activity.

49.     The resolution of these common issues substantially advances the litigation as a whole because no member of the Proposed Class can prevail without proving these elements.  Plaintiff knows of no difficulty that would prevent this case from being maintained as a partial class action because these elements can be proven for all Class members by use of common evidence.

CLASS ACTION COMPLAINT - 24

50.    Class action treatment is also a superior method for the fair and efficient adjudication of common issues.  Teck has acted on grounds generally applicable to all Class members in that Teck's toxic airborne emissions or discharges into the Columbia River have caused each to incur personal injury.  Class certification of common issues will materially advance the litigation and conserve scarce judicial resources.  By contrast, separate determinations of these common issues by individual Class members would create the risk of inconsistent or varying adjudications with respect to individual Class members that would establish incompatible standards of conduct for defendant.

## VI.    CLAIMS FOR RELIEF

**A.    First Cause of Action: Strict liability/ abnormally dangerous activity**

51.    Plaintiff incorporates by reference every allegation set forth above.

52.    Operation of the Trail Smelter constitutes an abnormally dangerous activity because Teck releases and has released hazardous and toxic substances, which create a high risk of significant harm.

53.    The release of toxic substances at the Trail Smelter has directly and proximately caused personal injury to plaintiff and the proposed Class.

54.    Plaintiff has been damaged in an amount that will be determined at trial.

**B.    Second Cause of Action: Public nuisance**

55.    Plaintiff incorporates by reference every allegation set forth above.

56.    Teck's release of hazardous and toxic substances constitutes a substantial and unreasonable interference with public rights, including public property, health, safety and comfort of the general public.

57.    Teck has known or should have known about the potential health, safety and environmental dangers these substances pose to the public.

CLASS ACTION COMPLAINT - 25

58.     Plaintiff and the proposed Class have standing to pursue damages for Teck's public nuisance because they have been personally injured as a direct and proximate cause of Teck's public nuisance.

59.     Plaintiff has been damaged in an amount that will be determined at trial.

**C.     Third Cause of Action: Negligence**

60.     Teck had a duty of reasonable care in the operation and management of the Trail Smelter to prevent injury to plaintiff and members of the Class.

61.     Teck negligently, carelessly and recklessly generated, handled, stored, treated, disposed of, and failed to control and contain the metals and other toxic substances at the Trail Smelter, resulting in the release of toxic substances and exposure of plaintiff and the proposed Class.

62.     Teck also negligently failed to warn plaintiff and Class members of the release of the metals and other toxic substances into the environment and community surrounding the Trail Smelter and of the reasonably foreseeable effects of such releases.

63.     Teck also negligently failed to warn plaintiff and Class members of the accumulation of toxic substances into the environment and community surrounding the Trail Smelter and of the reasonably foreseeable effects of toxins.

64.     Plaintiff and the proposed Class have been personally injured.  Their injuries were directly and proximately caused by Teck's negligence.

65.     Plaintiff has been damaged in an amount that will be determined at trial.

## VII.   PRAYER FOR RELIEF

WHEREFORE, plaintiff, on behalf of herself and the other members of the Class, respectfully pray:

CLASS ACTION COMPLAINT - 26

A.      That the Court determine that this action may be maintained as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure, and direct that reasonable notice of this action be given to the Class;

B.      That the acts alleged herein be adjudged and decreed to be unlawful in violation of the federal and state law and the Court declare Teck's release of toxic and hazardous substances to be a public nuisance and an abnormally dangerous activity for which Teck should be held strictly liable for all personal injuries directly and proximately caused by its operation of the Trail Smelter;

C.      That plaintiff recover all measures of damages allowable under state law, and that judgment be entered against defendants;

D.      That plaintiff recover pre- and post-judgment interest as provided by law; and

E.      That the Court order such other and further relief as the Court deems just, necessary and appropriate.

DATED this 19th day of December, 2013.

Respectfully submitted,

By ___s/Steve W. Berman_____
        Steve W. Berman
Barbara A. Mahoney
**Hagens Berman Sobol Shapiro, LLP**
1918 Eighth Ave Suite 3300
Seattle, WA  98101
206-623-7292 (tel.)
206-623-0594 (fax)
steve@hbsslaw.com
barbaram@hbsslaw.com

*Attorneys for Plaintiff and the Proposed Class*